**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   LEWIS,                                    No. C-12-04741 DMR
9              Plaintiff(s),                  **ORDER OF DISMISSAL**
10       v.
11  BANK OF AMERICA, N.A.,
12             Defendant(s).
13  _____/
14         The court having been advised that the parties have agreed to a settlement of this case,
15         IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;
16  provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of
17  service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has
18  not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
19  restored to the calendar to be set for trial.  All further dates are vacated.
20         IT IS SO ORDERED.
21
22  Dated:  December 11, 2012
23                                            _____
24                                            DONNA M. RYU
                                              United States Magistrate Judge
25
26
27
28